IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM L. MEADOR,

    Plaintiff,                      No. CIV S-10-0860 EFB P

    vs.

C.S.P. DENTAL ANNEX, et al.,

    Defendants.                 ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On September 15, 2010, the court directed plaintiff to submit four copies of the March 2, 2010 endorsed complaint for the U. S. Marshal to serve defendants. Plaintiff did not submit any copies of his complaint. He has failed to comply with the order.

    It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the September 15, 2010 order, or to submit four copies of his complaint. Failure to comply with this order will result in dismissal. The Clerk of the Court is directed to send to plaintiff one copy of the March 2, 2010 pleading.

DATED: October 7, 2010.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM L. MEADOR,

    Plaintiff,                   No. CIV S-10-0860 EFB P

    vs.

C.S.P. DENTAL ANNEX, et al.,

    Defendants.              <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

                             /

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_\_    completed summons form

    \_\_\_\_\_    completed forms USM-285

      4    copies of the  March 2, 2010 Complaint

Dated:

                                            Plaintiff