IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM L. MEADOR,

    Plaintiff,                                   No. CIV S-10-0860 EFB P

    vs.

C.S.P. DENTAL ANNEX, et al.,

    Defendants.                               <u>ORDER</u>

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests that the court grant submission of his service documents and provide him with a copy of the complaint and the docket. Dckt. No. 19. Plaintiff's requests for submission of his service documents and for the complaint are moot in light of the court's order of October 26, 2010 directing the U.S. Marshal to serve plaintiff's complaint and directing the Clerk of the Court to return the original copy of plaintiff's complaint to him. Dckt. No. 17. The court will grant plaintiff's request for a copy of the docket.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's October 25, 2010 request for a copy of the docket is granted, and the Clerk of the Court is directed to send plaintiff a copy of the docket. The Clerk is directed to terminate docket entry no. 19.

DATED: November 2, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE