IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM L. MEADOR,

    Plaintiff,                                      No. CIV S-10-0860 MCE EFB P

vs.

C.S.P. DENTAL ANNEX, et al.,

    Defendants.                               ORDER

_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has requested that the court appoint counsel.  District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  The court finds that there are no exceptional circumstances in this case.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's January 13, 2012 motion for appointment of counsel is denied.

DATED: January 26, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE